*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 21, 2016                521518
_____

In the Matter of MUJAHID SMITH,
                    Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT

BRUCE YELICH, as Superintendent
    of Bare Hill Correctional
    Facility,
                    Respondent.
_____

Calendar Date:  February 23, 2016

Before:  Peters, P.J., Garry, Egan Jr. and Clark, JJ.

                    _____


        Mujahid Smith, Sonyea, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Franklin County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Peters, P.J., Garry, Egan Jr. and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court